**SO ORDERED.**

Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

**Dated: May 27, 2010**



CHARLES G. CASE, II
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>EDGAR ROBLES and TELMA ROBLES<br><br>Debtors. | Chapter 7<br><br>No: 2-09-bk-23897-CGC |
| WELLS FARGO FINANCIAL ARIZONA, INC.,<br><br>Movant,<br><br>v.<br><br>EDGAR ROBLES and TELMA ROBLES and DALE D. ULRICH, Trustee,<br><br>Respondent. | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL ARIZONA, INC., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deeds of Trust attached to Motion; respectively; that the Debtors have defaulted in their installment payment and cause exists for lifting the automatic stay; that the Debtors have been unable to afford Movant adequate

48137-90950/RMH/JMC2/797582_v1

protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its liens upon said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtors' interest in the property described, to wit:

SEE LEGAL DESCRIPTIONS ATTACHED HERETO

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

**COPY** of the foregoing mailed
this 20th day of April, 2010, to:

EDGAR ROBLES
TELMA ROBLES
1840 N. 27th Pl.
Phoenix, AZ 85008

MATTHEW FOLEY
Phillips & Associates
3030 N. 3rd St., Ste 1100
Phoenix, AZ 85012

DALE D. ULRICH
PMB-615 1928 E. Highland, #F104
Phoenix, AZ 85016-4626

s/ [signature]

2

48137-90950/RMH/JMC2/797582_v1

ADDENDUM A
TO
DEED OF TRUST

Description of Property

Lot 10, Block 1, of MCDOWELL HOMES, according to the plat of record in the office of the County Recorder of Maricopa county, Arizona, in Book 36 of Maps, Page 30;

TOGETHER WITH that part of the Southwesterly 14 feet of the unnamed street (now abandoned) adjoining said Lot 10, said Southwesterly 14 feet having been abandoned by City of Phoenix Resolution No. 13997, recorded in Docket 9838, Page 355, records of said County, lying between the Easterly prolongation of the South line of said Lot 10 and the line which extends Northeasterly, at right angles to the Northeasterly line of said Lot 10, from the Northeast corner of the West 70 feet of said Lot 10;

EXCEPT the West 70 feet of said Lot 10.

## EXHIBIT "A"

Lot 53, of WILLIAM CREIGHTON MANOR, aka Maricopa County Assessor Parcel No. 120-20-084, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 49 of Maps, Page 4.